# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

————————————

## No. ACM S32709

————————————

### UNITED STATES
*Appellee*

v.

### Ryan J. Davis
Airman First Class (E-3), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 29 June 2022

————————————

*Military Judge:* Brett A. Landry.

*Sentence:* Sentence adjudged on 10 June 2021 by SpCM convened at Luke Air Force Base, Arizona. Sentence entered by military judge on 15 July 2021: Bad-conduct discharge, confinement for 6 months, forfeiture of $1,190 pay per month for 6 months, reduction to E-1, and a reprimand.

*For Appellant:* Major Stuart J. Anderson, USAF; Major Spencer R. Nelson, USAF.

*For Appellee*: Major John P. Patera, USAF; Mary Ellen Payne, Esquire.

Before KEY, ANNEXSTAD, and MEGINLEY, *Appellate Military Judges*.

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

The findings and sentence as entered are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(d), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(d),

*Manual for Courts-Martial, United States* (2019 ed.). Accordingly, the findings and sentence are **AFFIRMED**.


FOR THE COURT

CAROL K. JOYCE
Clerk of the Court